Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 18-32622 (ABA)**

Robert A. Gubbei and Beverly N. Gubbei  
110 South Garfield Avenue  
Moorestown, NJ  08057

Monthly Payment: $1,677.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/02/2020 | $1,677.00 | 01/31/2020 | $1,677.00 | 02/28/2020 | $1,677.00 | 04/01/2020 | $1,677.00 |
| 05/01/2020 | $1,677.00 | 06/01/2020 | $1,677.00 | 07/01/2020 | $1,677.00 | 07/31/2020 | $1,677.00 |
| 09/01/2020 | $1,677.00 | 10/01/2020 | $1,677.00 | 11/02/2020 | $1,677.00 | 12/01/2020 | $1,677.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ROBERT A. GUBBEI | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LEE ABT, ESQUIRE | 13 | $4,100.00 | $4,100.00 | $0.00 | $4,100.00 |
| 1 | BANK OF AMERICA, N.A. | 33 | $11,932.34 | $4,385.20 | $7,547.14 | $1,655.62 |
| 2 | BANK OF AMERICA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK USA, N.A. | 33 | $2,992.51 | $1,099.76 | $1,892.75 | $415.21 |
| 4 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,969.70 | $1,826.39 | $3,143.31 | $689.55 |
| 6 | JPMORGAN CHASE BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | AMERICAN INFOSOURCE, LP | 33 | $197.70 | $72.66 | $125.04 | $27.43 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $5,105.02 | $1,876.13 | $3,228.89 | $708.33 |
| 9 | CITIBANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | LVNV FUNDING, LLC | 33 | $18,801.37 | $6,909.61 | $11,891.76 | $2,608.71 |
| 12 | QUANTUM3 GROUP, LLC | 33 | $4,824.01 | $1,772.85 | $3,051.16 | $669.34 |
| 13 | FIRST NATIONAL BANK OF OMAHA | 33 | $17,047.38 | $6,265.00 | $10,782.38 | $2,365.34 |
| 14 | FIRST NATIONAL BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | CAPITAL ONE, N.A. | 33 | $302.42 | $111.14 | $191.28 | $41.96 |
| 16 | QUICKEN LOANS, INC. | 24 | $3,145.38 | $3,145.38 | $0.00 | $3,145.38 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,516.47 | $557.31 | $959.16 | $210.41 |
| 18 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $916.74 | $336.91 | $579.83 | $127.20 |
| 20 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | TD BANK, N.A. | 33 | $3,413.20 | $1,254.36 | $2,158.84 | $473.58 |
| 22 | TD BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | BEVERLY N. GUBBEI | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | LEE ABT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $9,003.28 | $3,308.75 | $5,694.53 | $1,249.21 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 12/01/2018 | 60.00 | $1,677.00 |
| 12/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $20,124.00 |
| Total paid to creditors this period: | $18,487.27 |
| Undistributed Funds on Hand: | $1,536.14 |
| Arrearages: | $0.00 |
| Attorney: | LEE ABT, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**