| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Quicken Loans, LLC | |
| In Re:<br><br>Robert Gubbei & Beverly Gubbei,<br><br>Debtors. | Case No.: __18-32622-ABA__<br><br>Chapter: __13__<br><br>Hearing Date: __6/29/2021__<br><br>Judge: __Altenburg__ |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief re: 110 South Garfield Avenue (Docket # 25)

_____

Date: 6/24/2021                              /s/ Denise Carlon
                                             Signature

*rev.8/1/15*