Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 18-32622 (ABA)

Robert A. Gubbei and Beverly N. Gubbei  
110 South Garfield Avenue  
Moorestown, NJ  08057

Monthly Payment: $1,677.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2022 | $1,677.00 | 01/28/2022 | $1,677.00 | 03/01/2022 | $1,677.00 | 04/01/2022 | $1,677.00 |
| 05/02/2022 | $1,677.00 | 05/31/2022 | $1,677.00 | 06/30/2022 | $1,677.00 | 08/01/2022 | $1,677.00 |
| 09/01/2022 | $1,677.00 | 09/30/2022 | $1,677.00 | 11/01/2022 | $1,677.00 | 12/01/2022 | $1,677.00 |
| 12/29/2022 | $1,677.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ROBERT A. GUBBEI | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LEE ABT, ESQUIRE | 13 | $4,100.00 | $4,100.00 | $0.00 | $0.00 |
| 1 | BANK OF AMERICA, N.A. | 33 | $11,932.34 | $9,735.01 | $2,197.33 | $2,635.53 |
| 2 | BANK OF AMERICA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK USA, N.A. | 33 | $2,992.51 | $2,441.44 | $551.07 | $660.96 |
| 4 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,969.70 | $4,054.53 | $915.17 | $1,097.68 |
| 6 | JPMORGAN CHASE BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | AMERICAN INFOSOURCE, LP | 33 | $197.70 | $161.30 | $36.40 | $43.66 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $5,105.02 | $4,164.93 | $940.09 | $1,127.55 |
| 9 | CITIBANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | LVNV FUNDING, LLC | 33 | $18,801.37 | $15,339.11 | $3,462.26 | $4,152.71 |
| 12 | QUANTUM3 GROUP, LLC | 33 | $4,824.01 | $3,935.67 | $888.34 | $1,065.49 |
| 13 | FIRST NATIONAL BANK OF OMAHA | 33 | $17,047.38 | $13,908.12 | $3,139.26 | $3,765.31 |
| 14 | FIRST NATIONAL BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | CAPITAL ONE, N.A. | 33 | $302.42 | $246.73 | $55.69 | $66.80 |
| 16 | ROCKET MORTGAGE, LLC | 24 | $3,145.38 | $3,145.38 | $0.00 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,516.47 | $1,237.22 | $279.25 | $334.95 |
| 18 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $916.74 | $747.93 | $168.81 | $202.48 |
| 20 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | TD BANK, N.A. | 33 | $3,413.20 | $2,784.67 | $628.53 | $753.89 |
| 22 | TD BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | BEVERLY N. GUBBEI | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | ROCKET MORTGAGE, LLC | 13 | $538.00 | $538.00 | $0.00 | $538.00 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $9,003.28 | $7,345.33 | $1,657.95 | $1,988.59 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 12/01/2018 | 60.00 | $1,677.00 |
| 12/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $21,801.00 |
| Total paid to creditors this period: | $18,433.60 |
| Undistributed Funds on Hand: | $3,065.56 |
| Arrearages: | ($1,677.00) |
| Attorney: | LEE ABT, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**