UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: ROBERT A. GUBBEI AND BEVERLY N. GUBBEI

Case No.: 18-32622-ABA

Chapter: Chapter 13

Judge: Andrew B. Altenburg, Jr

### CERTIFICATION IN SUPPORT OF DISCHARGE

I, ROBERT A. GUBBEI, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 9-26-23

Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

rev.8/1/18

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: ROBERT A. GUBBEI AND BEVERLY N. GUBBEI

Case No.: 18-32622-ABA

Chapter: Chapter 13

Judge: ANDREW B. ALTENBURG, JR

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Beverly N. Gubbei, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 9-26-23

Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

*rev.8/1/18*