**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert A. Gubbei<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2967<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Beverly N. Gubbei<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0033<br>EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–32622–ABA | |

## Order of Discharge                                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert A. Gubbei                                Beverly N. Gubbei

<u>2/16/24</u>                                        **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                               Case No. 18-32622-ABA
Robert A. Gubbei                                                                                     Chapter 13
Beverly N. Gubbei
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                 Page 1 of 3
Date Rcvd: Feb 16, 2024                       Form ID: 3180W                              Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol     Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert A. Gubbei, Beverly N. Gubbei, 110 South Garfield Avenue, Moorestown, NJ 08057-1515 |
| cr | + | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | QUICKEN LOANS, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 519115358 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 517874534 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517908938 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 517910741 | + | TD Bank, N.A., Richard J. Tracy, III, Esq., 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 16 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 16 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517871131 | + | EDI: BANKAMER | Feb 17 2024 01:40:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 517871132 | + | EDI: BANKAMER | Feb 17 2024 01:40:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 517967418 | + | EDI: BANKAMER2 | Feb 17 2024 01:41:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517871133 | | EDI: CAPITALONE.COM | Feb 17 2024 01:41:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517871136 | + | EDI: CAPITALONE.COM | Feb 17 2024 01:41:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517871134 | + | EDI: CAPITALONE.COM | Feb 17 2024 01:41:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517944087 | | EDI: CAPITALONE.COM | Feb 17 2024 01:41:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517962364 | | Email/PDF: bncnotices@becket-lee.com | Feb 16 2024 21:12:04 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517871142 | + | EDI: CITICORP | Feb 17 2024 01:41:00 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 517871141 | + | EDI: CITICORP | Feb 17 2024 01:41:00 | Citibank/Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 517871143 | + | EDI: CITICORP | Feb 17 2024 01:41:00 | Citicards, Po Box 6241, Sioux Falls, SD 57117-6241 |

Case 18-32622-ABA    Doc 40    Filed 02/18/24    Entered 02/19/24 00:15:33    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 16, 2024 | Form ID: 3180W | Total Noticed: 43 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517871144 | + | EDI: CITICORP | Feb 17 2024 01:41:00 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517871145 | + | EDI: WFNNB.COM | Feb 17 2024 01:41:00 | Comenitycapital/bjsclb, Po Box 182120, Columbus, OH 43218-2120 |
| 517871147 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 16 2024 20:52:00 | First National Bank, Attn: Tina, 1620 Dodge St Mailstop 4440, Omaha, NE 68197 |
| 517871146 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 16 2024 20:52:00 | First National Bank, Po Box 3412, Omaha, NE 68103 |
| 517876603 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 16 2024 20:52:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 517871140 | | EDI: JPMORGANCHASE | Feb 17 2024 01:41:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517871139 | | EDI: JPMORGANCHASE | Feb 17 2024 01:41:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517871148 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 16 2024 20:52:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 517970651 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2024 21:12:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517979730 | | EDI: PRA.COM | Feb 17 2024 01:41:00 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 517980606 | | EDI: PRA.COM | Feb 17 2024 01:41:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 517981953 | | EDI: PRA.COM | Feb 17 2024 01:41:00 | Portfolio Recovery Associates, LLC, c/o Dicks Sporting Goods, POB 41067, Norfolk VA 23541 |
| 517973121 | | EDI: PRA.COM | Feb 17 2024 01:41:00 | Portfolio Recovery Associates, LLC, c/o General Motors, POB 41067, Norfolk VA 23541 |
| 517983310 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 16 2024 20:53:00 | QUICKEN LOANS INC., 635 WOODWARD AVE., DETROIT, MI 48226-3408 |
| 517967680 | | EDI: Q3G.COM | Feb 17 2024 01:41:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517871149 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 16 2024 20:53:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 517871151 | + | EDI: SYNC | Feb 17 2024 01:40:00 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517871150 | + | EDI: SYNC | Feb 17 2024 01:40:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 517871153 | + | EDI: SYNC | Feb 17 2024 01:40:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517871152 | + | EDI: SYNC | Feb 17 2024 01:40:00 | Synchrony Bank/Care Credit, Po Box 965005, Orlando, FL 32896-5005 |
| 517871154 | | EDI: TDBANKNORTH.COM | Feb 17 2024 01:41:00 | TD Bank, 32 Chestnut St, Lewiston, ME 04240 |
| 517871155 | | EDI: TDBANKNORTH.COM | Feb 17 2024 01:41:00 | TD Bank, Attn: Bankruptcy, 1701 Rt 70 E, Cherry Hill, NJ 08034 |
| 517965448 | + | EDI: AIS.COM | Feb 17 2024 01:41:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 36

## BYPASSED RECIPIENTS

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 16, 2024 | Form ID: 3180W | Total Noticed: 43 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517871137 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517871138 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517871135 | *+ | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Lee Abt | on behalf of Debtor Robert A. Gubbei leeabt2@verizon.net r40016@notify.bestcase.com |
| Lee Abt | on behalf of Joint Debtor Beverly N. Gubbei leeabt2@verizon.net r40016@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8