Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 18−32622−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robert A. Gubbei | Beverly N. Gubbei |
| 110 South Garfield Avenue | 110 South Garfield Avenue |
| Moorestown, NJ 08057 | Moorestown, NJ 08057 |

Social Security No.:
  xxx−xx−2967                                   xxx−xx−0033

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>March 19, 2024</u>                   <u>Andrew B. Altenburg Jr.</u>
                                                Judge, United States Bankruptcy Court